# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-2734
_____

United States of America

*Plaintiff - Appellee*

v.

Jason Woodring

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central
_____

Submitted: April 17, 2023
Filed: April 20, 2023
[Unpublished]
_____

Before BENTON, SHEPHERD, and STRAS, Circuit Judges.
_____

PER CURIAM.

Federal prisoner Jason Woodring appeals the district court's[1] order granting the government's motion for $1,000.87 from Woodring's inmate trust account to be

---

[1]The Honorable Billy Roy Wilson, United States District Judge for the Eastern District of Arkansas.

applied to his restitution obligations. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

Contrary to Woodring's contention on appeal, the district court properly considered evidence showing that he had received multiple stimulus payments, including a $1,200 economic impact payment in December 2020. This court declines to consider arguments that Woodring raises for the first time on appeal. *See Peter Kiewit Sons', Inc. v. Wall St. Equity Grp., Inc.*, 809 F.3d 1018, 1022 (8th Cir. 2016) (appellate court ordinarily does not consider argument raised for first time on appeal).

The judgment is affirmed. *See* 8th Cir. R. 47B.

_____